**EXHIBIT L**
1:20 CR 186



Northeast Ohio Correctional Center

July 17, 2020

Dear Detainee,

July 16, 2020, I was notified that an Offender tested positive for the novel COVID-19 virus.

In response to this information, CoreCivic has enacted its emergency response plan at Northeast Ohio Correctional Center, which includes processes to identify staff and Detainees who may have had close contact with this individual, requiring them to be isolated and/or self-quarantined. This response enables the facility to take the steps necessary to ensure the facility is properly disinfected for your health and safety. Please know that this positive case has been reported to the local public health officials, as required, and we are cooperating fully with health officials' recommendations.

While there has been a positive case identified at Northeast Ohio Correctional Center, it's important to note that you have not been identified as an individual who should be quarantined due to possible exposure to COVID-19, as outlined by the current Centers for Disease Control and Prevention (CDC) guidelines. However, if you believe you have developed symptoms of COVID-19, which include - but not limited to - coughing, fever, tiredness, or difficulty breathing, please notify staff so that you can get immediate medical attention.

CoreCivic is committed to preventing and mitigating the spread of communicable disease and virus transmission among our employees, those entrusted to our care, and to the communities we serve. All CoreCivic facilities are actively promoting the following three health habits: regular hand hygiene, respiratory etiquette (coughing or sneezing into a sleeve or tissue), and avoiding touching one's mouth, nose, or eyes. I invite you to continue participating in these recommended health habits to help prevent the spread of this virus.

If you have any questions that have gone unaddressed through previous communication within this facility, please reach out to any staff member. Our goal is to keep you fully informed during this time. We also understand you have concerns during this unprecedented event. Your health and safety and the health and safety of our staff is vitally important to us.

Thank you,

Warden Michael Phillips